United States District Court
Southern District of New York

Michel Toliver 10A4565
Five Points Correctional Facility
STATE Route 96- Box 119
Romulus, New York 14541

— Against—

The City of New York
The State of New York
The New York City Police Dept. HDQ.
S.O.M.U. New York City Police Dept.- 
Division of Criminal Justice Services
 D.C.J.S. Manager Pamela Gaitor
 D.C.J.S. Director Donna Call
Commissioner of N.Y.P.D., Somu **Detectives**
Olmo, Sanchez, Newkirk, Perri, Fountoulakis,
Sergeant James Donohue, Wendy Santiago,
Sergeant Herzberg, New York State
Division of Parole Police officer Ellen
Seeliger Shield # 8931, 20th Precinct N.Y.P.D.
Detective Jimmy Angotta, Somu office New York
City.

Plaintiff    Michel Toliver 10A4565
Five Points Correctional Facility
STATE Route 96- Box 119
Romulus, New York 14541

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-2011

PRO SE OFFICE

**Amended Complaint**
10 CIV. 3165 (PAC)(MHD)

Under the Civil
Rights Act
42 USC §1983
(Prisoner Complaint)

Jury trial demanded

MALICIOUS
PROSECUTION
Illegal Arrest
and
false Imprisonment

$121,000,000,00

1998, 2004, 2005, 2009

Defendant No. 1

The City of New York

100 Church Street (The Law Department)
New York, New York 10007
(Office of the Corporation Counsel)

Defendant No. 2

The State of New York
Attorney General of the State of
New York - 120 Broadway, New York
10271

Defendant No 3

The City of New York Police Department
Headquarters
One Police Plaza - New York, New York
10038

Defendant No 4

S.O.M.U. New York City Police Department

Defendant No 5

Division of Criminal Justice Service
4 Tower Place - Albany, New York
(Somu 12203-3764)

(1)

Defendant No. 6

D.C.J.S. Manager Pamela Gaitor
4 Tower Place - Albany, New York
(Somu 12203-3764)

Defendant No. 7  D.C.J.S. Director/Chief of Operations
Donna Call
4 Tower Place - Albany, New York
(Somu - 12203-3764)

Defendant No. 8

Commissioner of N.Y.P.D. Somu
One Police Plaza N.Y., N.Y. 10038
Police Headquarters

Defendant No. 9

Director of Somu. N.Y.P.D.
One Police Plaza - N.Y. N.Y. 10038
Police Headquarters

Defendant No. 10

Somu Detective Jose Olmo
New York City Police Department

( 2 )

Defendant No. 11

Somu Detective Carlos Sanchez
New York City Police Department

Defendant No. 12

Somu Detective Patrick Perri
New York City Police Department

Defendant No. 13

Somu Detective Wendy Santiago
New York City Police Department

Defendant No. 14

Somu Sergeant George Fountoulakis
New York City Police Department

Defendant No. 15

Somu Sergeant Herzberg
New York City Police Department

Defendant No. 16

Somu Police officer Lisa Marie
Newkirk New York City Police
Department

(3)

Defendant 17

The State of New York

Defendant No. 18

New York State Division of Parole
97 Central Avenue
Albany, New York 12206

Defendant No. 19

Police Officer Ellen Seeliger #8931
N.Y.P.D. 20th Precint 120 West
72nd Street New York, New York

Defendant No 20

Somu Detective Jimmy Angotta
New York City Police Depatment

A. In what institution did the events occur?   Somu office

B. Where in the institution did the events giving rise to your claim occur?
intial Arrest and Prosecution from 1998, 2004, 2005 and 2009.
illegal incarceration for over 2 years

C. What was the date approximately time did the events? See
Statement of facts.   (4)

1) **Statement of Facts**

**1998** I was arrested for a misdemeanor offense of trespassing and sentenced to <u>Seven</u> months Jail. * <u>See:</u> Arrest Report

See: →
Section "A"
        * <u>See:</u> Misdemeanor Complaint
(Arrest report shows 3rd degree Criminal trespass "B" Misdemeanor; But, same charge on Misdemeanor Complaint shows "A" misdemeanor And failure to Reg)
        * <u>See:</u> 1998 Certificate of Disposition

**2004** I was arrested on or about January 24, 2004 for failing to Annually register pursuant to Corr. Law 168a(1) While In custody, I wrote to D.C.J.S. Several times, (twice in February 2004), D.C.J.S. responded by sending me the Annual registration form: "<u>Annual</u> Registration is <u>Every February</u>" but I was arrested In <u>January</u>, a month before the Annual registration was due, which was in February. Arrested by Somu detect.
        * <u>See:</u> Letter written to D.C.J.S.

See: →
Section "B"
        * <u>See:</u> Copy of Annual registration form
        * <u>See:</u> 2004 Indictment
        * <u>See:</u> Central booking property receipt.
        * <u>See:</u> Letter from District Attorney's off.
2004 arrest, Indictment dismissed.

2) # Statement of facts

**2005** Again, I was re-arrested by the same detectives from SOMU for failure to register, Stayed In Jail until grand Jury testimony— I was released after my grand Jury testimony with exhibits shown.

See: →
Section
"C"

* See: Central booking property receipt
* See: Letter from District Attorneys off. (proving my dismissal charge).

**2009** I was re-arrested again by the same Somu detectives for failure to Register, Indicted for four Counts and Convicted of four Counts.

See: →
Section
"D"

* See: Copy of Property receipt
* See: Indictment (copy)
* See: Copy of the mailed registration form (mailed w/o An appartment number) yet, stamped "VACANT" by the Post office.

* See: Notarized affidavit by Albany Official from D.C.J.S. Pamela Gaitor

* See: Notice of Law Change extending the ten year minimum requirement to Life!

(3)                    Statement of facts

2007 * Complaint filed against Detective
        Sanchez and partners and filed
        at both: U.S. Attorney's office
See: →   and the Civillian Complaint Review
Section  board certified mail to both
"E"      agencies.

      * Plaintiff first raised these issues
        up against SOMU detectives in docket
        Number 07CIV.2496 (dismissed with
        out prejudice). Re-filed it for a
        third time against SOMU detectives
        in 2009 for yet being re-arrested
        illegally again in 10CIV.3165.


2009 (B) Mr. Rober fisher (my then attorney)
      * Letter dated: March 31, 2009 Connecting
See: →   the illegal 1998 conviction to the
         2009 arrest and conviction making this
Section  Conviction a "D" felony— illegally.
"F"      (for Statue of limitation purposes).
                Another letter: (follow-up)
      * Letter dated: May 18, 2009
        the original Court file for 1998
        Could Not be found, So one was
        made up— to reflect illegalities.

5)

rather than allowing me to hAve my
property as further proof.

* Item #5 = BLAck Binder
filled with Additional information
was also taken from me and
Voucher against my will.
So that I Could Not prepere
and prove my innocence.

* Item # 4 my Leather shoulder
BAg Containing even additional
PaperWork was Confiscated and
Vouchered against my will
to assist in obstructing my
proof of innocence.

All SOMU detectives listed herein
would call me on the phone and
threatend if I did not make my
90 day personal Verification I
would be arrested, Detective
Sanchez was the caller that
Led to my 2009 illegal arrest
And he Came to my home
And re-arrested me, March 18,
2009. I was forced to register
years after my registration period
hAd expired by SOMU detectives

TURN OVER

←

(4)

# Statement of facts

## Please take notice:

In Section "D" exhibits - the notarized affadavit of Albany official, Pamela Gaitor, who signed an official document showing that the initial registration date began in 1995 consistant with the ten year registration requirement (minimum).

Then, the exhibit showing the date the legislation changed the law extending the ten year registration requirement to **Life** Eleven months "**AFTER**" the expiration date: 1995-to-2005 ten year minimum New law extension: **January 18, 2006** Six years **AFTER** my registration requirement - I am still being illegally arrested, prosecuted and convicted begining with - threats, promises, and acts of setting me up to being re-arrested and maliciously prosecuted.

← PLEASE TURN OVER

On several occasions I have proven to the SOMu detectives namely those listed in this lawsuit, that my expiration date was in 2005 and regardless of the exhibits shown or pleadings or shown proof - SOMu dectectives continued to arrest me illegally. # 12 item On the property voucher shows that "4" manilla envelopes (X-Large) were taken from me and vouchered

Section

# EXHIBIT A

```
(178)
+------------------------------------------------------------------+
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 03/29/10 RUN TIME 13:17:55|
+------------------------------------------------------------------+
*********************************************************************
DEFENDANT INFORMATION                          ARREST ID: M98046457
NAME:TOLIVER      MICHEL      T SEX:M RACE:BLACK
AKA:                 CITZ? YES POB:LOUISIANA

ADDR:                               NY 10019 RES PCT: UNK-IN NYC
SKIN TONE: DARK    HGT: 5'02" WGT: 150 EYE COLOR: BROWN  HAIR COLOR:BLACK
SOC STATUS: SINGLE      SOC SEC #:                 DEFT/VICT RELAT: NONE
PHYSICAL COND: APPARENTLY NORMAL       TYPE DRUG USED: NONE
OCCUPATIONAL AREA: NONE
LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG):            NO:_____
CALLS: NO:_____    NAME:_____    NO:_____  NAME:_____
ORACLE# 18050994 NYSID# 06397990N FAX# MO017013 ARR.PROC: ON LINE
```

*********************************************************************
NARRATIVE: DEFT KNOWINGLY ENTERED & REMAINED UNLAWFULLY INSID
           E FORDHAM UNIV W/O PERM OR AUTH.DEFT IS NOT REGIST
           ERED STUDENT.DEFT LEVEL 3 SEX OFFEN CHANGE ADDRESS
*********************************************************************

CHARGES INFORMATION
|              | ATT | LAW | SEC SUB   | CLS | TYPE | CTS | DESCRIPTION      |
|--------------|-----|-----|-----------|-----|------|-----|------------------|
| TOP CHARGE-->| N   | COR | 016.8T 00 | M   | A    | 01  | COR MISD         |
| TOTAL CHARGES| N   | PL  | 140.10 00 | M   | B    | 01  | CRIM TRESPASS-3  |
| COUNT = 02   |     |     |           |     |      |     |                  |

*********************************************************************
ARREST RELATED INFORMATION          | DAT? NO

TIME 15:45 DATE 04/27/98 CMD 020    ********************************
WEAPON POSS/USED:NONE                   ARREST LOC: 140 W 62 ST
NUM OF ASSOC:00
PROPERTY VOUCHERS:
       1 NO:H136792   CMD:020 VAL:UNKNOWN    TYP:ALL OTHER

*********************************************************************
COMPLAINANT/UF-61/VICTIM INFORMATION
IS COMPL A CORP? YES  OR PSNY? NO   OR DISABLED? NO   TOTAL VICTIMS = 00
COMPL NAME: FORDHAM UNIVERS ITY
ADDR:                                    TEL NUM:
AIDED NO:_____    AIDED CMD:____ ACC NO:_____ ACC CMD:_____
UF-61:  NO:009999 CMD:020 SECTOR:A  JURISDICTION: N.Y. POLICE DEPT
TIME & DATE OF OCCURRENCE:   15:00 ON .04/27/98   METHOD:_____
PREMISES:PRIVATE/PAROCHIAL SCHOOL  LOCATION:S/A
*********************************************************************
ARRESTING OFFICER INFORMATION
NAME:SEELIGER      ELLEN     RANK:POF TAX NUMBER:          SHIELD:08931
DEPT:NYPD CMD:020 PCT CHART: OTHER          SQUAD: 98     ASSN:A/C

OFFICER:  INJURED? NO    ASSIGNED? NO   ON DUTY? YES   IN UNIFORM? NO
USED FORCE? NO  TYPE:_____    REASON:_____
+------------------------------------------------------------------+

Exhibit "A"

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Ex. "A"

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1.  Michel Toliver (M 31)


          Defendant.

MISDEMEANOR

_Fordham University_

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK)

Page 1 of 2

Police Officer Ellen Seeliger, shield #8931 of the 020, being duly sworn, deposes and says as follows:

On April 27, 1998, at about 1500 hours at 140 West 62nd Street in the County and State of New York, the defendant committed the offenses of:

1.  C.L. 168-F(4)      Duty of Sex Offender to Register
2.  PL 140.10(A)       Criminal Trespass 3rd Degree
2.  PL 190.23          False Personation

98N039356

in that the defendant is a prior sex offender and that he failed to register a change of address ten days prior to changing his address, in that the defendant knowingly entered and remained unlawfully in a building or upon real property which was otherwise enclosed in a building or in a manner designed to exclude intruders; and the defendant after being informed of the consequences of the act, knowingly misrepresented his actual name, date of birth or address to a police officer with the intent to prevent such police officer from ascertaining such information.

The offenses were committed under the following circumstances:

Deponent states that she is informed by George Henshaw, director of Security for Fordham University located at the above location, that (i) informant observed the defendant in the basement of the building at the above location; (ii) that the building at the above location has signs at the entrance stating "Kindly have your identification Ready for inspection by security" and "All Visitors Must Check In With Security"; (iii) the defendant had no identification as a student of

_Rap Sheet Shows: 168EF The Penalty Not Any Charge._

_Note:_
_* All of The Above Charges were dismissed_
_* The 1998 Conviction was Based On a Completely different CASE_

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

1. Michel Toliver (M 31)                              MISDEMEANOR

Defendant.

STATE OF NEW YORK )
                 ) ss.:
COUNTY OF NEW YORK)                                   Page 2 of 2

Fordham University nor did defendant check in with security before he
entered the building; and, (iv) that informant is a custodian of such
property and that defendant did not have permission or authority to
enter or remain on the property.

Deponent states that the defendant stated, in substance: I WAS
VISITING SOME FRIENDS AT THE SCHOOL. Deponent further states that the
defendant later stated in substance: I WAS IN THE SCHOOL BECAUSE I
WANTED TO TAKE A TOUR TO SEE IF I WOULD GO THERE.

Deponent further states that (i) a criminal records check
determined that defendant is a level three sex offender; (ii) she is
informed by Sgt. James Donohue of the Manhattan Sex Offender Unit that
the defendant was in on April 16, 1998 and stated that his address was
1430 Amsterdam Avenue, NY, NY; (iii) defendant stated on April 27,
1998 that his address was 21 Bleeker Street, #4, NY, NY; (iii) that
she is informed by Mr. Henshaw that the defendant stated on April 27,
1998 that his address was 21 Bleeker Street, #4, NY, NY.

Deponent is further informed by Det. Milton Bonilla, shield # 6
of the MSVS, that the defendant stated on April 27, 1998 that his
address was 1430 Amsterdam Avenue, NY, NY when he earlier stated that
his address was 21 Bleeker Street, #4, NY, NY.

*Notice*

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

Sworn to before me on 4/27, 1998.

980427183412                    DA copy

P 4/27/98 2020HR3
Date and Time:

Deponent

("Exhibit A-2")                                      TOTAL P.02

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 145966

THE PEOPLE OF THE STATE OF NEW YORK
                    VS

TOLIVER,MICHEL T
Defendant

11/28/1966
Date of Birth

21 BLEEKER ST
Address

6397990N
NYSID Number

NY                        NY
City              State   Zip

04/27/1998
Date of Arrest/Issue

Docket Number: 98N039356

Summons No:

COR 0168T 140.10 190.23
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 08/18/1998 | PLED GUILTY & SENTENCE IMPOSED | TINGLING,M | AP7 |
| | PG COR0168T | | |
| | IMPRISONMENT=7M | | |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY       _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

_ SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

KURYLAS,J
COURT OFFICIAL SIGNATURE AND SEAL

03/23/2009
DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
    SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

( Exhibit - "A" )

Section

# EXHIBIT B

1515 Hazen Street
East Elmhurst, Queens
11370

Feb.20,2004


STATE OF NEW YORK CRIMINAL JUSTICE SERVICES
4 TOWER PLACE
ALBANY, NEW YORK
12203-3764


To: The Clerk (N.Y.S. Criminal Justice Services)

I am writing this letter to your office to ask a
question regarding my annual verification registration
Sir/Mam, Please allow me to know on which IF ANY, YEAR
does your office have any discrepency with my registration
(mail in form), to the best of my recollection I have
never missed sending your office any mail-in verifications,
you will find this years mail-in verification enclosed
with this letter, please, I would most assuredly appreciate
your response to my letter because my records show that
all verifications are updated (to date). Has your office
received all mail-in verifications to date? Please send
me a response letter and allow me to know, please...

Have a blessed Day and thank you in advance,

Sincerely,


MICHEL TOLNER

NYS Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764

**RETURN SERVICE REQUESTED**

First Class Mail
US Postage Paid
Albany, NY
Permit No 473

MICHAEL TOLIVER
NYCDOCS-BBKC# 3490401632
1414 HAZEN STREET
EAST ELMHURST, NY 11370359

(Mozart)

✳ Annual Registration
Came U:A US Postal Service
To The Above Address
One 1/2 month "After" I was Arrested

C MDC
S U A

11370+1380 02

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MICHEL TOLIVER,

Defendant.

---

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse the defendant of the crime of **FAILURE TO VERIFY REGISTRATION INFORMATION ANNUALLY,** in violation of Correction Law §168-(f)(2)(a), committed as follows:

The defendant, in the County of New York, on or about January 24, 2004, a ▇▇▇▇ offender as defined by Correction Law §168-a(1) and required to register under the Correction Law on each anniversary of the defendant's initial registration date during the period in which the defendant was required to register, failed to mail the signed verification form to the Division of Criminal Justice Services within ten calendar days after receipt of the form.

ROBERT M. MORGENTHAU
District Attorney

( Exhibt "B" )

GJ7   CASE #37

CCI                    2004NY006733

Filed:

No. 174 · 04

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MICHEL TOLIVER,

Defendant.

——————————— INDICTMENT ———————————

FAILURE TO VERIFY REGISTRATION INFORMATION ANNUALLY, CORRECTION LAW §168-(f)(2)(a)

ROBERT M. MORGENTHAU, District Attorney

A True Bill

Foreman

ADA JENNIFER LOWRY
TRIAL BUREAU 80

ADJOURNED TO PART  82   ON  February 24, 2004

(Exhibit "B")



DISTRICT ATTORNEY
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

April 5, 2004

Daniel Scott, Esq.
145 Hudson Street
New York, NY 10013

Re: People v. Michel Toliver
Indictment No. 00474-2004

Dear Mr. Scott:

I am the Assistant District Attorney in charge of the prosecution of the above referenced case. Enclosed please find a copy of the People's response to defendant's motion papers pertaining to this case.

If you have any questions, please feel free to contact me at (212) 335-4027.

Sincerely,

Jennifer Lowry
Assistant District Attorney
(212) 335-4027

DISMISSED

Section
# EXHIBIT C

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

**M 062662**

*Check only one of the below categories.*

| | | |
|---|---|---|
| ☐ ARREST EVIDENCE | ☐ DECEDENT'S PROPERTY | ☐ FOUND PROPERTY |
| ☐ INVESTIGATORY | ☐ PEDDLER PROPERTY | ☒ OTHER SAFEKEEPING |

**DATE PREPARED:** 01-24-2004    YR 2004   PCT 026

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| KOUKOULARIS | DET | 6309 | 923435 | 26 SCD |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| TOLIVER, MICHEL | | | 40 ST NICHOLAS PLACE # 1A | 01 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 01-24-04 | A04607062 | FAILURE TO REGISTER | ☒ | ☐ | ☐ | ☐ | 60019 |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 01 | 10 | ASSORTED CREDIT CARDS | | |
| 02 | 01 | CELL PHONE  SPRINT MDL# sph a460 | | |
| 03 | 01 | CELL PHONE NOKIA BLUE MDL # 3595 | | |
| 04 | 01 | BROWN WALLET | | |
| 05 | 01 | ASSORTED PAPERS | | |
| 06 | 01 | CHECKBOOK | | |
| 07 | 01 | SUNGLASS CASE WITH SUNGLASSES | | |
| 08 | 01 | BOX/ RAZOR BLADES SCHICK | | |
| 09 | 01 | SET KEYS | | |
| 10 | 01 | BOX PERSONAL GROOMING KIT | | |
| 11 | 01 | BOX  HAIR CUT ... | | |
| 12 | 01 | | TOTAL | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles
M062661. M062662

Pink  Receipt  Copy  of  Voucher Issued  ☒ Yes  ☐ Refused

**R.T.O.**

| Owner/Claimant's Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|

**REMARKS:** *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

ABOVE PROPERTY VOUCHERED FOR SAFEKEEPING

26 CASE # 003    SECURITY ENVELOPE # C254517

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**M 062662**

DISTRIBUTION: WHITE - Prop. Clk. File    SECOND WHITE - Inventory Unit Copy    YELLOW - Prop. Clk. Work Copy
BLUE - Police Officer's Copy    GREEN - Evidence Release/Investigation Copy    PINK - Prisoner/Finder Receipt Copy

Misc. 917-N (Rev.11-89)-H1

# CENTRAL BOOKING
## PRISONER'S PROPERTY FORM

PRISONER'S NAME _Tolliver, Michael_    ARREST # _M05261678R_ PCT. _005_    DATE _2/24/05_

FUNDS COUNTED AND RETURNED (Include total value of coins). $ _80.00_

THE BELOW LISTED ITEMS WERE REMOVED FROM PRISONER FOR RETURN TO PRISONER AT COURT OR ON
RELEASE ON D.A.T.

## PROPERTY - DESCRIBE

☐ SHOE LACES  ☐ AFRO PICK  ☐ PEN  ☐ LIGHTER  ☐ HAND BAG  ☐ BELTS  ☒ KEYS  ☐ NAIL CLIPPER

☐ OTHER (DESCRIBE) _Det. Olmo_

_____

_Det. Olmo_ _____
(Signature - Arresting Officer)          (Shield)          (Command)

_____
(Signature - Prisoner)

(Number separation if other than A.O.)
**NOTE:** If no funds counted and returned, indicate "NONE". If no property removed and safeguarded, indicate "NONE".
Distribution - Original to C.B. - Duplicate to prisoner - Triplicate to Court Package

Detective Olmo
Detective Perr.

Proof of my (Illegal) (Arrest) in
2005



**DISTRICT ATTORNEY**
OF THE
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

**ROBERT M. MORGENTHAU**
DISTRICT ATTORNEY

March 15, 2005

Michel Toliver
1430 Amsterdam Avenue
New York, New York 10028

Re:  People v. Michel Toliver
Docket No. 2005NY014318

Dear Mr. Michel Toliver:

This is to inform you that the Second Grand Jury for the Third Term, having heard evidence on the above-referenced felony complaint, has voted a dismissal of the charges against you in connection with that incident.

Yours truly,

Florence Chapin
Assistant District Attorney
(212) 335-9742

DISMISSED

Section

# EXHIBIT D

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pett.

P 618603

*Check only one of the below categories.*

☐ ARREST EVIDENCE    ☐ DECEDENT'S PROPERTY    ☐ FOUND PROPERTY
☐ INVESTIGATORY    ☐ PEDDLER PROPERTY    ☐ OTHER

**DATE PREPARED:**    March 19,   YR 2009   PCT

| | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Arresting/Assigned Officer | P.O. | 7457 | 923469 | |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Voc./Aided # |
|---|---|---|---|---|---|
| Palover, Aaron | | 42 | | NY 10032 | 1 | N/A |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. | Telephone No. |
|---|---|---|---|---|---|---|---|---|
| 03/19/2009 | | | ☐ | ☐ | ☐ | ☐ | | |

Finder of Property: N/A

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION *(For Property Clerk's Use Only)* AND DATE |
|---|---|---|---|---|
| 1 | 1 | AT&T Blackberry Cell Phone | | |
| 2 | 1 | Cell Phone Battery | | |
| 3 | 1 | Plastic Cell Phone Case | | |
| 4 | 1 | Brown Leather Bag | | |
| 5 | 1 | Black Binder | | |
| 6 | 1 | Chase ATM Bank Card | | |
| 7 | 11 | Keys on Key Rings | | |
| 8 | 5 | Pens | | |
| 9 | 1 | | | |
| 10 | 1 | 16 oz bottle of Hand Sanitizer | | |
| 11 | 1 | 2 oz bottle of Palmers Cocoa Butter | | |
| 12 | 4 | Manilla Envelopes of Personal Papers | | |

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

P618603

**R.T.O.**

| Owner/Claimant's | Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**REMARKS:** *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

Above property vouchered for safe keeping. Property Clerk Seal # 0221471

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

PROPERTY ON THIS VOUCHER DELIVERED TO
PROPERTY CLERK'S OFFICE BY:   Rank   Name   Command

Property Clerk's Signature

P 618603

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MICHEL TOLIVER,

Defendant.

THE GRAND JURY OF THE COUNTY OF NEW YORK, by this indictment, accuse the defendant of the crime of **FAILURE TO VERIFY REGISTRATION INFORMATION WITH THE DIVISION OF CRIMINAL JUSTICE SERVICES**, as a felony, in violation of Correction Law §168-(f)(3) and §168-t, committed as follows:

" The defendant," in the County of New York, on or about July 14, 2008, being a sex offender as defined by Correction Law §168-a(1) and who was given a level three designation pursuant to Correction Law §168-n, failed to personally verify his registration information within a ninety-day period with the Sex Offender Monitoring Unit.

(90 dAy)

SECOND COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **FAILURE TO VERIFY REGISTRATION INFORMATION WITH THE DIVISION OF CRIMINAL JUSTICE SERVICES**, as a felony, in violation of Correction Law §168-(f)(3) and §168-t, committed as follows:

" The defendant," in the County of New York, on or about October 13, 2008, being a sex offender as defined by Correction Law §168-a(1) and who was given a level three designation pursuant to Correction Law §168-n, failed to personally verify his registration information within a ninety-day period with the Sex Offender Monitoring Unit.

(90 day)

THIRD COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **FAILURE TO VERIFY REGISTRATION INFORMATION WITH THE DIVISION OF CRIMINAL JUSTICE SERVICES,** as a felony, in violation of Correction Law §168-(f)(3) and §168-t, committed as follows:

"The defendant, in the County of New York, on or about January 12, 2009, being a sex offender as defined by Correction Law §168-a(1) and who was given a level three designation pursuant to Correction Law §168-n, failed to personally verify his registration information within a ninety-day period with the Sex Offender Monitoring Unit.

(90 dAy)

FOURTH COUNT:

AND THE GRAND JURY AFORESAID, by this indictment, further accuse the defendant of the crime of **FAILURE TO VERIFY ANNUALLY REGISTRATION INFORMATION TO THE DIVISION OF CRIMINAL JUSTICE SERVICES,** as a felony, in violation of Correction Law §§168-(f)(2)(a), 168-(f)(2)(b), and 168-(f)(2)(c), and 168-t committed as follows:

"The defendant, in the County of New York, on or about February 24, 2009, being a sex offender as defined by Correction Law §168-a(1) and Correction Law §168-a(3), failed to verify to the Division of Criminal Justice Services his residence as last reported to said division.

(Annual Reg)

ROBERT M. MORGENTHAU
District Attorney

GJ #3-48

WAIVED

2009NY022212

Filed:

No.

THE PEOPLE OF THE STATE OF NEW YORK

-against-

MICHEL TOLIVER,

Defendant.

INDICTMENT

FAILURE TO VERIFY REGISTRATION INFORMATION WITH THE DIVISION OF CRIMINAL JUSTICE SERVICES, as a felony, COR §168-(f)(3) and §168-t, 3 Cts
FAILURE TO VERIFY ANNUALLY REGISTRATION INFORMATION TO THE DIVISION OF CRIMINAL JUSTICE SERVICES, as a felony, COR §§168-(f)(2)(a), 168-(f)(2)(b), and 168-(f)(2)(c), and 168-t

ROBERT M. MORGENTHAU, District Attorney

A True Bill

_____
Foreman

Heather Buchanan
Trial Bureau 60

ADJOURNED TO PART F ON 3/25/2009