NYS Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
**RETURN SERVICE REQUESTED**

**First Class Mail
US Postage Paid
Albany NY
Permit No 591**

RECEIVED
2009 FEB 20 AM11:04
SEX OFFENDER REGISTRY

MICHAEL TOLIVER
545 WEST 146TH ST
NEW YORK, NY. 10031

NIXIE     100   DE 1     00 02/18/09
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 12203376499    *3037-01550-11-44

"NO" HAS APArtment Number (Exhibit "D")

1

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ALBANY     )

I, Pamela G. S. Gaitor, being duly sworn depose and say:

1.  I am employed by the New York State Division of Criminal Justice Services ("DCJS") in the capacity as Program Manager of the Sex Offender Registry.

2.  In my capacity as Program Manager, I am assigned to perform the daily activities of DCJS involving the Sex Offender Registry.

3.  Pursuant to Correction Law §168-b, DCJS is required to establish and maintain a file of individuals required to register as sex offenders pursuant to Correction Law Article 6-C.  In accordance with Correction Law §168-f(4), a sex offender is obligated to provide DCJS with a change of address no later than 10 days after moving.

4.  Pursuant to Correction Law §168-f(3), a sex offender given a level three designation must personally verify his or her address with the local law enforcement agency having jurisdiction every 90 calendar days after the date of release.

5.  Pursuant to Correction Law §168-b(4), DCJS is obligated to mail a nonforwardable verification form to the last reported address of a sex offender for annual verification requirements.

6.  On 3/20/2009, I researched the files of the Sex Offender Registry regarding Michel Toliver, NYSID Number 6397990N.  A review of the files indicates that Mr. Toliver registered as a sex offender by a registration form dated 2/14/1995.  A certified copy of the registration form is attached.

7.  Mr. Toliver's registration form indicates that he was convicted of Sexual Abuse 1st Degree on or about 4/26/1989, a crime which requires registration under Correction Law §168-a.  This form further indicates that Mr. Toliver was notified of his registration obligations as a sex offender and that Mr. Toliver was to be given a copy of the completed registration form, which also sets forth his registration obligations as a sex offender.

8.  A review of this file further indicates that Mr. Toliver was determined to be a level three sex offender by a Final Risk Level Determination Order dated 6/20/2005. A certified copy of this Final Risk Level Determination Order is attached.

Exhibit "D"

2

9. A review of this file further indicates that a nonforwardable annual verification form was sent to Mr. Toliver on 2/11/2009, to 545 West 146th Street, New York, NY, which is the address reported to DCJS by Mr. Toliver on a Sex Offender Registry Change of Address Form dated 9/12/2007. A certified copy of the change of address form is attached. This nonforwardable annual verification form was returned to DCJS by the United States Post Office. A certified copy of the returned form is attached.

10. In accordance with DCJS process, I caused a memorandum to be sent to the New York City Police Department on 2/24/2009, advising them that Mr. Toliver had not mailed his annual address verification form to DCJS as required by the Sex Offender Registration Act.

11. DCJS has not received any subsequent change of address from Mr. Toliver.

Pamela G. S. Gaitor

Sworn to before me this
20th day of March, 2009

Notary Public, State of New York

ROBERTA IWANSKI
Notary Public, State of New York
No. 01IW6139053
Qualified in Montgomery County
Commission Expires Dec. 27, 20___

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF ALBANY )

I, Pamela G. S. Gaitor, being duly sworn depose and say:

1. I am employed by the New York State Division of Criminal Justice Services in the capacity as Program Manager of the Sex Offender Registry.

2. In my capacity as Program Manager, I am assigned to perform the daily activities of the Division of Criminal Justice Services involving the Sex Offender Registry.

3. Pursuant to Correction Law §168-b, the Division of Criminal Justice Services is required to establish and maintain a file of individuals required to register as sex offenders pursuant to Correction Law Article 6-C.

4. Further, in my capacity as Program Manager, I have been designated by the Commissioner of the Division of Criminal Justice Services as the person to certify such records pursuant to Civil Practice Law and Rules 4518(c).

5. I hereby certify that the annexed records, to wit:

New York State Sex Offender Registration Form, Final Risk Level Determination Order, Sex Offender Change of Address Form, and Sex Offender Registry Address Verification Form pertaining to Michel Toliver, date of birth, 11/26/1966, and NYSID Number 6397990N,

are true and exact copies of the records maintained by the New York State Division of Criminal Justice Services.

Pamela G. S. Gaitor

Sworn to before me this
20th day of March, 2009.

Notary Public, State of New York

ROBERTA IWANSKI
Notary Public, State of New York
No. 01IW6139053
Qualified in Montgomery County
Commission Expires Dec. 27, 20



**STATE OF NEW YORK**
**DIVISION OF CRIMINAL JUSTICE SERVICES**
Four Tower Place
Albany, New York 12203-3764
http://criminaljustice.state.ny.us

(518) 457-3167

NYS SEX OFFENDER REGISTRY

January 31, 2006

TO:        Registered Sex Offenders

FROM:      NYS Division of Criminal Justice Services
           Sex Offender Registry

---

On January 18, 2006 new legislation was enacted providing for the extension of the length of registration for individuals already registered, required to be registered or who will be required to register in the future pursuant to the Sex Offender Registration Act, Article 6-C of the Correction Law. This new law provides that a sex offender who has not received a designation of sexual predator, sexually violent offender or predicate sex offender, and who is classified as level one must register for a period twenty years from the initial date of registration. A sex offender who has received a designation of sexual predator, sexually violent offender or predicate sex offender, or who is classified as level two or level three, must register for life. Here is a summary of the new law:

- **If you have <u>not</u> received a designation from the court and have received a classification of level one, you are registered for <u>twenty</u> years;**
- **If you have <u>not</u> received a designation from the court and have received a classification of level two, you are registered for <u>life</u>;**
- **If you have <u>not</u> received a designation from the court and have received a classification of level three, you are registered for <u>life</u>;**
- **If you have been designated a <u>sexual predator</u> by the court which determined your risk level, you are registered for <u>life</u> regardless of risk level;**
- **If you have been designated a <u>sexually violent offender</u> by the court which determined your risk level, you are registered for <u>life</u> regardless of risk level;**
- **If you have been designated a <u>predicate sex offender</u> by the court which determined your risk level, you are registered for <u>life</u> regardless of risk level;**

The new law also provides that a level two sex offender who has not received a designation of sexual predator, sexually violent offender or predicate sex offender, who has been registered for a minimum period of thirty years may be relieved of any further duty to register upon the granting of a petition for relief by the sentencing court or by the court which made the determination regarding the duration of registration and level of notification. Such petition cannot be considered more than once every two years.

This notice is provided to you pursuant to Chapter 1 of the Laws of 2006 requiring the Division of Criminal Justice Services (DCJS) to notify certain registered sex offenders of this change in the law. However, DCJS is notifying all registered sex offenders of this change in the law.

If you have any questions, it is recommended that you contact your attorney.

An Equal Opportunity/Affirmative Action Agency

---

Name Printed                          Signature

Date Received          (Exhibit "D")

Section

# EXHIBIT E

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _12/27/06_____

RE: _Michel Toliver_____ -v- _Detective Fountoulakis, et al_

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

On April 26, 1996, the Prison Litigation Reform Act ("PLRA" or "Act") was signed into law. This Act amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under these amendments, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*RECEIVED APR 11 2007 PRO SE OFFICE*

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Michel Toliver_____, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED. FOR CASES FILED BEFORE APRIL 10, 2006, THE PRIOR FILING FEE OF $250 WILL BE DEDUCTED.**

_____        _1/3/07_
Signature of Plaintiff                              Date Signed

N.Y.S.I.D. # _6397990N_

Local Jail/Facility I.D. # _C-95/1818 Hazen St. East Elmhurst, Queens (11370)_

Federal Bureau of Prisons I.D. # _N/A_

_349-05-08423_

rev. 2/2006

JUDGE WOOD 07 CV 2496

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MICHEL TOLIVER,

             Plaintiff,

        **ORDER OF DISMISSAL**

    -against-

DETECTIVE FOUNTOULAKIS, SHIELD NUMBER 6309;
DETECTIVE ANGOTTA; NEW YORK CITY POLICE DEPT,
SOMU/NEW YORK- COMMAND 26, JOHN/JANE DOE(S);
JIMMY ANGOTTA, DETECTIVE; DETECTIVE PERRI,
SHEILD ?, NEW YORK CITY POLICE DEPT.,

             Defendants.
------------------------------------------------------------X

      Plaintiff, appearing *pro se* and presently detained in the George Motchem Detention Center

at Rikers Island, brings an action seeking to proceed *in forma pauperis* pursuant to 28 U.S.C. §

1915(a)(1).[1]  The Clerk of Court is directed to assign a docket number to this matter solely for the

purpose of this order.  For the reason set forth below, Plaintiff's action is dismissed without

prejudice.

      On April 26, 1996, the Prison Litigation Reform Act of 1995 ("PLRA") was signed into law,

amending the *in forma pauperis* statute to require the Court to collect the full filing fee from

Plaintiff's prison account.  Pub. L. No. 104-134, Title VIII, § 804, 110 Stat. 1321-73 to 1321-75

(1996), codified at 28 U.S.C. § 1915.  On December 27, 2006, the Court mailed to Plaintiff a Prison

Authorization Form, notifying Plaintiff of the requirements for filing a civil action under the PLRA

and informing Plaintiff that the requisite filing fee was $350.00.  See Leonard v. Lacy, 88 F.3d 181,

---

    [1] The Court's *Pro Se* Office received Plaintiff's complaint and an accompanying request to
proceed *in forma pauperis* on December 22, 2006.

125 White Street (M.D.C.)
New York, New York
10013

March 27, 2009

Chief Civil Rights Unit
United States Attorney's Office
Southern District of New York
86 Chambers street (3rd floor)
New York, New York 10007

I am writing this letter to Your
Office as a result of my Not receiving a response
FROM a formal Complaint that I Submitted to your
Office.

I have provided a Copy for your review
In the Complaint I enclosed another address
that Can be Used for Correspondence. On
this matter Unfortunately I Never received any
response please find a Copy of the Submitted
Complaint which was filed in October of
2007. I am making an Inquiry Now because
This detective has made good on his word

Section

# EXHIBIT F

NEW YORK COUNTY DEFENDER SERVICES
225 Broadway, Suite 1100
New York City, NY 10007
(212) 803-5100


March 31, 2009


Mr. Michael Toliver  349-09-04484
Adolescent Reception & Detention Center (C-74)
11-11 Hazen Street
East Elmhurst, New York 11370

Re: 98N039356

Dear Mr. Toliver:

I went to the Clerk's office Thursday March 26th to see if they had the original Court file for the above docket which is the conviction we have talked about in 1998. They do not have that file at the Courthouse. I have ordered the original and the Clerk has indicated it will take between two to four weeks to have the case file delivered to the Courthouse. I will advise you as soon as I have reviewed the file.

I was finally able to reach the assigned District Attorney on Friday and she indicated you have been indicted on the D-felony based on a certificate of conviction submitted to the Grand Jury by a clerk of the Court, indicating you were convicted in 1998 on the above listed docket number. I am not entitled to receive the certificate of conviction, but said certificate will be reviewed by the Court following submission to the Court of the Grand Jury testimony. This review follows a request in my motions papers that is submitted in a timely fashion after the Supreme Court arraignment which in your case is scheduled for April 21st.

Thank you for your call late Monday as I was able to make the change you indicated. I hope this reaches you quickly as I could tell from your voice that you are still very anxious and deeply troubled by the 1998 conviction as indicated on your nysid sheet. I am personally going to physically review the court papers when they are retrieved from archives.

Sincerely,

Robert J. Fisher

(Exhibit "D")

NEW YORK COUNTY DEFENDER SERVICES
225 Broadway, Suite 1100
New York City, NY 10007
(212) 803-5100

May 18, 2009

Mr. Michael Toliver  349-09-04484
Adolescent Reception & Detention Center (C-74)
11-11 Hazen Street
East Elmhurst, New York 11370

Re: 98N039..56

Dear Mr. Toliver:

Last Thursday I received a call from a clerk of the Court advising
that the above file had finally been retrieved from archives. I am enclosing the
copy that was prepared for me by the clerk. I was not able to personally review
the original as the clerk today was unable to locate the original file.
I spoke with the clerk from Justice Wittner's Court room and
advised her that I was relieved from your case. She had contacted me to find out
why I had failed to appear on May 5th. I hope you are able to work with your new
attorney to your satisfaction.

Sincerely,

Robert J. Fisher

CRIMINAL COURT OF THE CITY OF NEW YORK

_NY_ COUNTY _PART_ PART

Present: Hon. _F. McELROE_ , Judge    **SENTENCE AND COMMITMENT**

PEOPLE OF THE STATE OF NEW YORK
Against

_MILTON TOLIVER_ ,Defendant

| Sex | Date of Birth | NYSID # |
|---|---|---|
| M | 11-28-66 | 6 3 9 7 9 9 0 N |

Docket No. _98N 038350_

Date _8-18-55_    Arrest Date_____

The above-named defendant having been

☒ convicted of a crime of _168 F (4)_ _CC_
(Name)    Section    Law

☐ found to be a **youthful offender** for the criminal act of _____
(Name)    Section    Law

under the above-designated action, it is **ORDERED**, that the said defendant be and hereby is sentenced to

☒ a definite term of imprisonment which shall have a term of _seven (7) months_

☐ a fine of (amount in words)_____ Dollars ($ _____ )
and it is hereby directed that the defendant be imprisoned until the fine is satisfied for a maximum
period of_____
☐ the defendant was given time to pay the fine and partial payment(s)

| Amount | Date | Receipt Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

having been made; the balance thereof in the amount of (amount in words) _____

_____ has not been paid and is due to satisfy the fine.

Dollars($ _____ )    Court Official (Signature)

and that the sentence herein shall run

☐ concurrently    **with the**    ☒ sentence
☐ consecutively        ☐ undischarged portion of the term of imprisonment

imposed on the defendant under the conviction upon indictment number/docket number
_98N 032178_ and that the said defendant be and hereby is committed to the custody of the

Department of Correction of the City of New York until released in accordance with the law.

Remarks _____

_____

_____

_____

A true extract from the minutes_____
Court Official (Signature)    Title

CRC 3017 (8/92) (CRC 944)    **COURT COPY**

D.    Facts:    STATEMENT FOR THE LAWSUIT OF FACTS
ARE ATTACHED HERETO: In Previously Submitted Complaint
SUMMARY: IN 2004 and 2005 both cases were both
dismissed after having spent a considerable amount
of time incarcerated before they were dismissed.

| Box label |
|---|
| What happened to you? |

additionally 1998 I was arrested
by the same Agency and DCJS and Prosecuted
illegally for exactly the same charges; but I
did Not begin a SORA Hearing until 2005
This Arrest and illegal conviction is
Jurisdictionally defective as a result and I
Never plead guilty to failure to Register but
The A.D.A. and SOMU say I have despite
The insufficiency within the misdemeanor Complaint
and there's Absolutely No Proof what-soever
that 21 Bleeker Ever Existed or that I changed
my address without informing DCJS. in Albany.
NOW! In 2009, I have been rearrested by the
same detective from 2004 and 2005 from SOMU office
and charged with the exact same charges for a
4th time illegally - See: Notarized Affidavit by
one Albany official from D.C.J.S.

| Box label |
|---|
| Who did what? |

| Box label |
|---|
| Was anyone else involved? |

| Box label |
|---|
| Who else saw what happened? |

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received.   A COMBINED INCARCERATION TIME

OF OVER 2 YAERS - Very harsh treatment as a result
of this charge - SEVERAL TIMES
mental and emotional distress for years

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a
prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are
available are exhausted."   Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _X_

*Rev. 05/2007*                                    3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).    **N/A**

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**    No ____    Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No **x**    Do Not Know ____

If YES, which claim(s)?    _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No **x**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No **X**

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____**N/A**_____

1.    Which claim(s) in this complaint did you grieve?    _____**N/A**_____

_____

2.    What was the result, if any?    _____**N/a**_____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.   **N/A**

_____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: _____
_____THAT OFFICE DOES NOT COVER MY CLAIM_____
_____AND THERE IS NO REMEDY FOR MY CLAIM EXCEPT_____

_____IN A COURT OF LAW._____

_____

2.    If you did not file a grievance but informed any officials of your claim, state who you

*Rev. 05/2007*                           4

informed, when and how, and their response, if any: _____ N/A _____

_____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative
    remedies. ~~THROUGH THE NEW YORK SUPREME COURT~~

    ~~AS A PROSECUTION ON THIS MATTER CONTINUES~~

_____

_____

_____

_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your
       administrative remedies.

"TEN Million Dollars"

V.  Relief: For 1998 illegal Arrest, Prosecution, Conviction
Because ANY SubsequeNT Arrest — "D" Felony - "BUMPS UP"

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). ~~For the incarceration in 2004;~~
~~I am requesting that for the~~ amount of time illegally
~~spent in jail was~~ approximately 128 days with the loss
~~of my apartment and~~ literally everything inside of it
"TEN MILLION DOLLARS"

FOR THE INCARCERATION IN 2005;
~~arrested for the same crime by the same detectives~~
and the exact same charges; ~~I went to the grand~~

~~jury after having spent~~ a considerable amount of time
~~in jail approximately two weeks~~ before being released
~~with the case again being dismissed~~ lossed a very
~~promising job and~~ other propects "ONE MILLION DOLLARS"

for the current incarceration in 2009;
~~arrested for the same charges by the same detectives~~

and same agency for over ten months my incarceration

is based on false evidence and malicious prosecution

and this is an illegal ~~Arrest~~ as the other two were as

well.  "ONE HUNDRED MILLION DOLLARS" And therefor

Relief from obligation to Register with Som
Release from Custody.

Rev 05/2007

**VI.    Previous lawsuits:**

<div style="float:left">On these claims</div>

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes **X**    No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff    ~~MICHEL TOLIVER~~

Defendants    DEPARTMENT OF CORRECTIONS   NEW YORK CITY

2.    Court (if federal court, name the district; if state court, name the county) _____
~~SOUTHERN DISTRICT COURT OF NEW YORK~~

3.    Docket or Index number    ~~UNKNOWN~~ 10 CIV 0820 ; 10CIV5354; 10CIV 3165

4.    Name of Judge assigned to your case    HON. ~~JUDGE BRANT~~ Crotty

5.    Approximate date of filing lawsuit    ~~1993~~ *1999 and ...*

6.    Is the case still pending? Yes _____ No **X**
If NO, give the approximate date of disposition    UNKNOWN ~ Still pending

7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ "SETTLEMENT" _____

<div style="float:left">On other claims</div>

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes **x**    No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff    MICHEL TOLIVER

Defendants    DEPARTMENT OF CORRECTIONS

2.    Court (if federal court, name the district; if state court, name the county) _____
SOUTHERN DISTRICT COURT OF NEW YORK

3.    Docket or Index number    STILL PENDING

4.    Name of Judge assigned to your case    NOT YET ASSIGNED

5.    Approximate date of filing lawsuit    DECEMBER 21, 2009

6.    Is the case still pending? Yes **x** No _____
If NO, give the approximate date of disposition    N/A

*Rev. 05/2007*                                    6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _Still pending_

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _15_ day of _August_, 20_10_

Signature of Plaintiff

Inmate Number

Institution Address

*✱(Current facility✱*
five Points Correct.
STATE Route 96
Box 119
Romulus, N.Y. 14541

0909 Hazen Street
EAST Elmhurst Queens
11370 (GRVC)

Elmira Corr. Fac
Facility P.O. Box
500 Elmira, N.Y.
14901

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _1_ day of _November_, 20_10_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHEL TOLIVER  349-09-04484

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

-against-

SOMU DETECTIVES PERRI, SANCHEZ, ALMO,
FOUNTOULAKIS, ALL JANE AND
JHON DOE(s) and D.C.I.S. IN ALBANY
NEW YORK CITY POLICE DEPT.

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

10 Civ. 3165 (PAC) (JCF)

**REQUEST TO PROCEED**
**_IN FORMA PAUPERIS_**

I, MICHEL TOLIVER _____, _(print or type your name)_ am the plaintiff/petitioner in the above entitled case and I hereby request to proceed _in forma pauperis_ and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1.  If you are presently employed:
    a) give the name and address of your employer.
    b) state the amount of your earnings per month

    _____I AM PRESENTLY INCARSERATED  ILLEGALLY AGAIN_____

2.  If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    _____2005_____

3.  Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    _____$0.00_____

    a) Are you receiving any public benefits?          ☒ No.    ☐ Yes, $ _____
    b) Do you receive any income from any other source?  ☒ No.    ☐ Yes, $ _____

4.   Do you have any money, including any money in a checking or savings account?  If so, how much?

    ☒ No.    ☐ Yes, $ 0⁰⁰ .

5.   Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.    ☐ Yes, $ None .

6.   Do you pay for rent or for a mortgage?  If so, how much each month?

    ☒ No.    ☐ Yes, 0⁰⁰ .

7.   List the person(s) that you pay money to support and the amount you pay each month.

    None

8.   State any special financial circumstances which the Court should consider.

    I do not work as I am currently mobile with Cane and Several Medications, This incarceration is illegal from 1998, 2004, 2005 and now 2009

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **15** day of **August** , **2010**
    date        month        year

                                *Signature*

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date:_____

RE: _Toliver, Michel_____ - v - _New York City, THE City "Somu_
    *(Enter the full name of the plaintiff(s).)*    *(Enter the full name of the defendant(s).)* Detectives

NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS
PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS
COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute
(28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing
fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you
do not have sufficient funds in your prison account at the time your action is filed, the Court must
assess and collect payments until the entire filing fee of $350 has been paid, no matter what the
outcome of the action.

*************************************************************************
SIGN AND DATE THE FOLLOWING AUTHORIZATION:

I, _Michel Toliver_____ *(print or type your name)*, request and
authorize the agency holding me in custody to send to the Clerk of the United States District Court
for the Southern District of New York, a certified copy of my prison account statement for the past
six months. I further request and authorize the agency holding me in custody to calculate the
amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund
account (or institutional equivalent), and to disburse those amounts to the United States District
Court for the Southern District of New York. This authorization shall apply to any agency into
whose custody I may be transferred.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE
COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN
INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND
ACCOUNT EVEN IF MY CASE IS DISMISSED.

_August 15_, 20_10_                    _____
Date Signed                                   *Signature of Plaintiff*

                                       N.Y.S.I.D. # _6397990N_____

                                       Local Jail/Facility I.D. # _____

                                       Federal Bureau of Prisons I.D. # _____

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Michel Toliver #349-09-04484_
_0909 HAZEN ST. E. Elmhurst, Queens 11370_

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

_10_ Civ. _3165_ (PAC) (MHD)

- against -

**AFFIRMATION OF SERVICE**

_SDNU Detectives Olmo, Sanchez,_
_New York PERRI, New York City_
_Police Dept., DCJS Manager Pamela Graitor_
_Sagt. James Donohue - Police officer Ellen Seeliger_

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _Michel Toliver_, declare under penalty of perjury that I have
*(name)*

served a copy of the attached _1983 federal Complaint "Amended"_
*(document you are serving)*
_Coporation Counsel for NYC._

upon _Attorney for Defendants_ whose address is _100 Church_
*(name of person served)*

_St. New York, New York 10007_ / _United States_
*(where you served document)* / _District Court SDNY_
                                  _500 Pearl Street_
                                  _N.Y, NY. 10007_

by _U.S. Postal Service_
*(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: _August 15, 2010_
       *(town/city)*    *(state)*

_August   15_, 20_10_
*(month)*   *(day)* *(year)*
_East Elmhurst, Queens_
_11370_

_____
Signature

_0909 HAZEN ST_
Address

_EAST Elmhurst, Queens_
City, State

_11370_
Zip Code

_N/A_
Telephone Number

*Rev. 05/2007*

Michel Tomer
545 West 146th Street
(Apt. #51) New York, N.Y. 10031

↓ OR
P.O. Box

464 Hudson St. # 222
New York, NY 10014-2867

October 30, 2007

Civillian Complaint Review Board
40 Rector Street 2nd Floor
New York, New York 10006

I make this Complaint as a result of illegal tactics Made by a detective working under S.O.M.U. of the New York Police department at 314 West 40th Street New York, New York 10018.

On or about October 30, 2007 Detective Sanchez and partner(s) Made an unofficial home Visit to my above address gained entry into a door that has an electric lock, Knocked on my door and I stepped outside because they were saying that they were from the S.O.M.U. office but they spelled out loud what the letter stood for so that my nieghbors could hear them and detective Sanchez and the other detectives Shared thier Concern for my Lawsuit against thier friends and thier agency and How that they didit appreciate how I

2nd
Page.

an offender convicted, Now Suing their department and they were going to make sure that the Next time they got me they "Would get me good" * "No body is going to believe a Homo" (detective Sanchez)

They promised to set me up, if I didn't drop the lawsuits. Do you know How easy it is to set Your Ass up to go to Jail You fucking Homo We will Show your pictures to Everyone in this building, We will make you life A living fucking Hell" As they put my picture (face) Back Into a manilla folder! (Detectives Sanche: and His Partner Announced).

I file this Complaint as a formal one Against The Somu office and these detectives.

* for additional Correspondence, please be awere of My P.O. Box 464 Hudson s (#220) New York, New York 10014

Sincerely          and Thank You —

(D) filing a law enforcement precinct station house (obtain filing receipt).

**1. COMPLAINANT** Last Name: TOLIVER   First Name: Michel   MI:   Home Phone:   Business Phone: (917) 204-7227

Address (Home/Business): 545 West 146th St. #51   Apt. No. #51   City: New York   State: NY   Zip Code: 10031   Date of Birth: 11.28.66

Optional/For statistical purposes only: Sex: [X] M  [ ] F   Race/Ethnicity: Afro American

**2. Did you witness the incident complained of?** [X] Yes  [ ] No

**3. If you are filing a complaint on behalf of someone else, what is your relationship.** If any, to that person(s)? Self
[ ] Parent  [ ] Spouse  [ ] Relative  [ ] Guardian  [X] Child  [ ] Friend  [ ] None  [ ] Other

**4. Please provide as much of the following information as you can about the person(s) on whose behalf the complaint is filed and any witness(es) to the incident. (Use other side of page if necessary).**

a. [X] VICTIM  [ ] WITNESS   Last Name: Toliver   First Name: Michel   MI:   Home Phone: Same A. Above   Business Phone:

Address (Home/Business): 545 West 146th St. #51   Apt. No. #51   City: NY, NY   State:   Zip Code: 10031   Date of Birth: 11.28.66

Optional/For statistical purposes only: Sex: [X] M  [ ] F   Race/Ethnicity: Afric American

b. [ ] VICTIM  [ ] WITNESS   Last Name:   First Name:   MI:   Home Phone:   Business Phone:

Address (Home/Business):   Apt. No.   City:   State:   Zip Code:   Date of Birth:

Optional/For statistical purposes only: Sex: [ ] M  [ ] F   Race/Ethnicity:

Date and Time of Incident: (October 30, 2007) Above   Location of Incident (including borough): Home Address / New York

**5. Identify the police officer(s) complained of (if unknown, provide physical description of officer(s) or type of duty performed; such as dressed in uniform or in civilian clothes; foot, scooter or auto patrol; detective). Also identify officer(s) at the scene who are not complained of. (Use other side of page if necessary):**

| Rank | Name | Precinct/Command | Shield Card # | Shield # |
|------|------|------------------|---------------|----------|
| Detective | Sanchez | SOMU |  |  |
| Detective | Partners | SOMU |  |  |

**7. Description of the incident in as much detail as possible. (Use other side of page if necessary):**

Complaint is Attached hereto

**8. I have read the foregoing complaint and the contents thereof are true to the best of my knowledge and information.**

_____ COMPLAINANT'S SIGNATURE   DATE

Do you believe that the violation of civil rights described in this complaint is part of, or results from, a policy, pattern, or practice on the part of the person or entity named above? If so, please describe the policy, pattern, or practice in detail and identify others who you believe were subjected to the same or similar treatment:

making unofficial home visits and harassing offenders under SOMU - or driving by the homes of offenders unofficially telling their neighbors (what crime(s) we were convicted of) showing pictures of our fire

Are you represented by an attorney in this matter? [ ] Yes  [X] No    If yes, please provide name of attorney, address and phone number.

Name _____    Phone _____

Address _____

Have you filed a lawsuit concerning this matter? [X] Yes  [X] No    If yes, please provide the case name, court in which the case was brought, and the status of the case.
Southern District Court of New York - United States federal Court

Have you filed a complaint about this matter with any other federal, state, or government agency?
[X] Yes  [ ] No    If yes, please list the agency, contact person, phone, and status of the complaint.
Civillian Complaint Review Board.

Although the volume of information we receive from concerned members of the public prevents us from responding to every complaint we receive, be assured that we will carefully consider the information you have provided us to determine whether a violation of the federal civil rights laws may have occurred and, if so, whether this Office has enforcement authority with respect to such a violation. If we determine that your letter raises a potential violation of federal civil rights laws that would be within the jurisdiction of this Office to investigate and that further information from you is necessary for our investigation, you will be contacted.

***SUBMITTING A COMPLAINT TO THIS OFFICE HAS NO EFFECT ON ANY STATUTE OF LIMITATIONS THAT MIGHT APPLY TO ANY CLAIM YOU MAY HAVE. BY SUBMITTING THIS COMPLAINT YOU HAVE NOT COMMENCED A LAWSUIT OR OTHER LEGAL PROCEEDING, AND THIS OFFICE HAS NOT INITIATED A SUIT OR PROCEEDING ON YOUR BEHALF. IF YOU BELIEVE YOUR CIVIL RIGHTS HAVE BEEN VIOLATED AND YOU INTEND TO SUE FOR MONEY OR OTHER RELIEF, YOU SHOULD CONTACT A PRIVATE ATTORNEY.

Signature: _____    Date: October 30, 2007

Send this completed complaint form to the following address:

**Chief, Civil Rights Unit**
**United States Attorney's Office**
**Southern District of New York**
**86 Chambers Street, 3rd Floor**
**New York, NY 10007**
**(212) 637 - 2750 (fax)**

PLEASE Note:    Please Respond

TOTAL P.03

Our/my Mailbox has been broken/vandalized please feel free to use my personal P.O. Box where I safely receive mail for many years
✳ 464 Hudson St. (#222) ✳
New York, N.Y. 10014

United States Attorney's Office
*Southern District of New York*
*Civil Rights Unit*

## Civil Rights Complaint Form

The Civil Rights Unit of the United States Attorney's Office is charged with enforcing the federal civil rights laws within the Southern District of New York, which includes Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan, and Westchester counties. We therefore welcome information from the public that brings to our attention possible violations of our Nation's civil rights laws.

| Person filing complaint: | Person/Entity you are filing complaint about: |
|---|---|
| Michel Toliver<br>Name | Somu Detectives Sanchez And Partner<br>Name of Person or Entity |
| 545 West 146th St.<br>Address | 314 West 40th Street<br>Address |
| Apt. #51<br>Address (Line 2) | New York, New York<br>Address (Line 2) |
| New York, New York  10032<br>City, State  Zip | New York, N.Y. 10018<br>City, State  Zip |
| New York (917)488-9728<br>County  Phone<br>(917) | New York (212) 736-3051<br>County  Phone<br>(212) 736-2977 or (212) 736-2836 |

**Nature of Alleged Civil Rights Violation:**

[ ] Disability Rights  [ ] Fair Housing  [ ] Voting Rights
[ ] Educational Opportunities  [X] Law Enforcement Misconduct  [ ] Other: _____
[ ] Employment Discrimination  [ ] Prisoner/Institutional Rights

**Please clearly describe the violation of the civil rights laws that you would like to bring to our attention. Include as much information as possible, including the date, place, nature of incident, and contact information for any witnesses (do not send original documents):**

This is the Second Such Complaint that I have Sent as a result of Detective Sanchez and his partner from the S.O.M.U. of 314 West 40th Street NYC. 10018. On October 30st 2007 Detectives Sanchez and another male partner came to my above address where I am renting a room and threatened me saying because I am an Offender of a Sex Crime I do Not have the Right to bring a lawsuit Against The Monitoring Unit and Since I listed his Friend *<Attach additional page(s) if necessary>* Detectives Olmo and Perri and others he will personally make my life an embarrassment and a living hell. I have been illegally arrested several times before and all cases were dismissed in my favor and I have brought a lawsuit regarding this Unit and DCJS. in Albany. Now as A result I Now fear for my Safety. Quote: "I'll See You tomrrow for Holloween" (He promise) I've heard horrible things About this Detective, And his illegal tactics, getting Civilians arrested.

2ⁿᴰ Page

To have me arrested by illegal means as he promised.

Please note:

I am In custody as a result of this detective and please forward all Correspondence to the Above Address.

Thank You for Your Cooperation.

Sworn to before me this
22ⁿᵈ day of April, 20_09_.

_____
Notary Public

Respectfully Submitted,

_____
Defendant, Pro-Se



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

# MEMORANDUM
*Pro Se Office*

SCANNED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 29 +36
DATE FILED: 2-1-2011

**To:** The Honorable *Michael H. Dolinger - USMJ*

**From:** *K. Johnson, Pro Se Office, x0177*

**Date:** 2-1-2011

**Re:** *Toliver* v. *Sanchez Perri et al* No. 10 Civ. 3165 (MHD)

The attached document, which was received by this Office on _____ has been submitted to the Court for filing. The document is deficient as indicated below. Instead of forwarding the document to the docketing unit, I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4). Please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

( ) No original signature.

( ) No affirmation of service/proof of service.

FEB - 1

( ) The document appears to be a request in the form of a letter.

( ) Other: *Plaintiff is outside the 21 days to file an amended complaint without the Courts permission.*

( ✓ ) **ACCEPT FOR FILING**          ( ) **RETURN TO *PRO SE* LITIGANT**

Comments:
_____
_____
_____
_____

_____
United States District Judge

_____
United States Magistrate Judge
2/3/11

Dated: